IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH NARD**  **PLAINTIFF**
#169524

v.   CASE NO. 3:25-cv-00001-BSM

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS**, *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, including Joseph Nard's objection, Magistrate Judge Jerome T. Kearney's recommendation [Doc. No. 8] is adopted.

Joseph Nard asks for money damages and a criminal investigation into the Arkansas Department of Corrections because other inmates and prison guards watch him shower and urinate. Complaint at 4, Doc. No. 2, 5. Neither the Prison Litigation Reform Act, nor the Fourth Amendment provide Nard with a cause of action.

Nard's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim on which relief may be granted. His motion to appoint counsel [Doc. No. 5] is denied as moot. It is recommended this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 18th day of February, 2025.

UNITED STATES DISTRICT JUDGE