**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOSEPH NARD**                                                                        **PLAINTIFF**
#169524

**v.**                                    **CASE NO.  3:25-cv-00001-BSM**

**ARKANSAS DEPARTMENT
OF CORRECTIONS,** *et al.*                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

1